UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER EOFF and JULIE TINKHAM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SPRINT NEXTEL CORPORATION and SPRINT SPECTRUM, L.P. d/b/a SPRINT NEXTEL,<br><br>Defendants. | Civil Action No. 2:10-cv-01190 (SDW)(MCA) |

## *DECLARATION OF PAUL M. WEISS*

PAUL M. WEISS, of full age, hereby declares as follows:

1. I am an attorney licensed to practice in Illinois and a founding member of Complex Litigation Group LLC ("CLG") f/k/a Freed & Weiss LLC, one of the firms working on behalf of the Class in the above litigation and designated Class Counsel by this Court.

2. In response to the class notice, one objection was filed (on behalf of three purported class members). As class counsel, I attempted to reach out to counsel for these Objectors, Mr. Forrest Turkish, Esq., to discuss their objection.

3. When I called Mr. Turkish he candidly explained to me that he had filed the objection on behalf of another attorney, Mr. Darrell Palmer and Mr. Palmer's clients, and that if I had any questions about the objections whatsoever that I needed to speak directly with Mr. Palmer. Further, he told me that only Mr. Palmer could address the factual and legal statements contained in the objection. Mr. Turkish informed me that he had "zero authority" to do anything with respect to the objection and that he had filed the objection

as a favor to Mr. Palmer, with whom he had attended law school.

4.      I have left voicemails for Mr. Palmer. He has yet to call me back.

5.      In addition, I have sent him several emails requesting to speak with him. To date, he has not responded substantively and has been unwilling to set up a time to discuss the objections.

6.      In my emails to Mr. Palmer, I have asked multiple times for proof regarding his clients' standing to pursue their objection. To date, that request has gone un-answered.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2012

_____
Paul M. Weiss